# In the United States Court of Federal Claims
No. 21-818 C
Filed: July 8, 2021

**VALERIE ARROYO**

      v.                          **JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed July 2, 2021, granting defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed for lack of jurisdiction.

                                                               Lisa L. Reyes
                                                               Clerk of Court

                                  By:    *Debra L. Samler*

                                                               Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.